IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN G. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:03-cv-849-A |
| | ) | |
| WAL-MART STORES EAST, L.P., | ) | (WO) |
| DEWAYNE JOHNSON, BILLY GORDON, | ) | |
| MARK MITCHELL, MIKE GANT, | ) | |
| MIKE COKER, GARY CALLIN, DANNY | ) | |
| DORN, and MICHAEL REESE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this day, granting motions for summary judgment as to all Defendants,

Final Judgment is hereby entered in favor of the Defendants, Wal-Mart Stores East, L.P., Gary Callin, Danny Dorn, Michael Reese, Detective Dewayne Johnson, Detective Billy Gordon, Detective Mark Mitchell, Lieutenant Mike Gant, and Major Mike Coker, and against the Plaintiff, John G. White. Costs are taxed against the Plaintiff.

Done this 29th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE